# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**JOSE ESPINOZA-CRUZ**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:18-mj-00919

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about September 6, 2018, in Monroe County, in the Southern District of Indiana, Jose Espinoza-Cruz, after having been previously deported and removed from the United States subsequent to an aggravated felony, was found, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly given consent to the defendant's reapplying for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

I further state that I am a Deportation Officer, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.

_____
Deportation Officer Jillian M. Tremble, ICE

Sworn to before me, and subscribed in my presence

September 26, 2018            at    Indianapolis, Indiana
**Date**

Doris L. Pryor, U.S. Magistrate Judge
**Name and Title of Judicial Officer**            **Signature of Judicial Officer**

## AFFIDAVIT

I, Jillian M. Tremble, being duly sworn upon oath, state as follows:

1. I am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("DHS/ICE") and have been so employed since May 2009. I am currently assigned to the Fugitive Operations Unit and the Violent Criminal Alien Section in Indianapolis, Indiana. My duties include investigating immigration violations, such as aliens who have illegally re-entered the United States.

2. The following information is based upon my personal knowledge or information provided to me by other law enforcement personnel and DHS/ICE records pertaining to the defendant, Jose ESPINOZA-CRUZ (hereinafter, "ESPINOZA-CRUZ"). This affidavit is submitted in support of a complaint for the arrest of ESPINOZA-CRUZ for violation of 8 U.S.C. §§ 1326(a) and (b)(2). It does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

3. ESPINOZA-CRUZ is a citizen of Mexico by birth, having been born in Guanajuato, Mexico, on May 14, 1984.

4. On September 1, 2018, the Bloomington Police Department arrested ESPINOZA-CRUZ for Domestic Battery and transported him to the Monroe County Jail at 301 North College Avenue, Bloomington, Indiana, which is located within the Southern District of Indiana.

5. On September 6, 2018, DHS/ICE Deportation Officers received information from the Monroe County Sheriff Department regarding an individual in their custody identified as Jose ESPINOZA-CRUZ.

6. A law enforcement database check was run on ESPINOZA-CRUZ, and revealed the following criminal and immigration records:

7. On or about August 30, 2005, ESPINOZA-CRUZ pled guilty in the Waushara (Wisconsin) County Court to felony Manufacture/Delivery of Cocaine in violation of Wis. Stat. § 961.41(1)(cm)(4). He was sentenced to 4 years imprisonment.

8. On February 28, 2007, ESPINOZA-CRUZ was issued an Administrative Deportation Order (I-851).

9. On March 7, 2007, pursuant to the Administrative Deportation Order, ESPINOZA-CRUZ was removed to Mexico.

10. DHS/ICE maintains an indexing on all aliens identified by alien registration number. This record is available to me and is file number A 097 838 015, in the name of Jose ESPINOZA-CRUZ, born May 14, 1984.

11. DHS/ICE records indicate that ESPINOZA-CRUZ is a citizen of Mexico, and he has not obtained permission from the Attorney General, or his successor the Secretary of Homeland Security, to reapply for admission to the United States.

12. Based on the foregoing, there is probable cause to believe that on or about September 6, 2018, ESPINOZA-CRUZ violated 8 U.S.C. §§ 1326(a) and (b)(2).

AFFIANT FURTHER SAYETH NOT.

_____
Jillian Tremble
Deportation Officer

Subscribed and sworn to before me on this _____ day of September, 2018.

_____
Hon. Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

3